

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00241-CV

**RFL, LLC** formerly known as Luby's Fuddruckers Restaurants, LLC (cross-appellee),
Appellant

v.

**TCP LAS PALMAS PARTNERS, LTD**. (cross-appellant),
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI07660
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS[1]

In accordance with this court's opinion of this date, the joint motion to dismiss the appeal and cross-appeal is GRANTED and the appeal and cross-appeal are DISMISSED.

We order that all costs of appeal, if any, shall be borne by the party that incurred them.

SIGNED January 24, 2024.

Luz Elena D. Chapa, Justice

---

[1] Not participating.